FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 20  AM 8:41

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIM GARRISON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-3532** |
| **BURL CAIN** | **SECTION "J" (2)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Kim Garrison for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this ___19th___ day of ___July___, 2005.

_____
UNITED STATES DISTRICT JUDGE